# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. CALIHAN,<br><br>Plaintiff,<br><br>v.<br><br>S. GONZALES,<br><br>Defendant. | Case No. 1:14-cv-00713-AWI-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Document 9) |

Plaintiff Kenneth R. Calihan ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on May 13, 2014.

On December 4, 2014, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on December 4, 2014.

IT IS SO ORDERED.

Dated:   December 16, 2014                          _____
                                        SENIOR  DISTRICT  JUDGE